ACCEPTED
15-25-00090-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/6/2025 4:56 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-0090-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/6/2025 4:56:14 PM
CHRISTOPHER A. PRINE
Clerk

_____

Texas Court of Appeals for the Fifteenth District of Texas

_____

**Texas Health and Human Services Commission,**

**Appellant,**

**v.**

**Julius Kadia,**

**Appellee.**

_____

On Appeal from the 345th Judicial District Court
Travis County, Texas (No. D-1-GN-20-003118)

_____

**Appellee's Unopposed Motion to Transfer**

_____

Corinna Chandler
Texas Bar No. 24061272
chandler@chandlershavin.com

Eliot Shavin
Texas Bar No. 18138200
shavin@chandlershavin.com

Daniel Alexander
Of Counsel
Texas Bar No. 24110752
alexander@chandlershavin.com

Chandler & Shavin, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
Telephone: (972) 863-9063
Facsimile: (972) 692-5220

*Counsel for Appellee*

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to this Court's May 14, 2025, notice letter and request, the parties have conferred about the Court's jurisdiction. Because this appeal was inappropriately filed in this Court and is not subject to this Court's jurisdiction, Appellee Julius Kadia now files this unopposed motion to transfer this appeal to the Third Court of Appeals.

This is a case brought under Chapter 21 of the Texas Labor Code. The case was tried to a jury in Travis County, Texas. A final judgment was entered in the 345th Judicial District Court in Travis County on February 14, 2025. Appellant filed its notice of appeal on May 13, 2025. The appeal should have been filed with the Third Court of Appeals, as reflected in Defendant's Request for and Designation of Clerk's Record, filed on May 29, 2025. Instead, the appeal was inappropriately filed in the Fifteenth Court of Appeals.

The Fifteenth Court of Appeals, however, lacks jurisdiction over this appeal. The Fifteenth Court of Appeals is authorized "to hear (1) appeals and writs within the court's exclusive intermediate appellate jurisdiction, and (2) appeals [the Texas Supreme Court] transfer[s] into the court to equalize the court of appeals' dockets." *Kelley v. Homminga*, 706 S.W.3d 829, 830 (Tex. 2025). Other cases, inappropriately

filed in the Fifteenth Court of Appeals, "must be transferred" to the court of appeals for the district in which the case arose. *Id.* at 830, 833.

The exclusive intermediate appellate jurisdiction of the Fifteenth Court of Appeals is statutorily limited to include "matters brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government . . . **other than**" certain types of cases specifically exempted from the Court's jurisdiction. Tex. Gov't Code § 22.220(d) (emphasis added). Proceedings brought under Chapter 21 of the Texas Labor Code are specifically exempted from the Court's jurisdiction. Tex. Gov't Code § 22.220(d)(M).

The Third Court of Appeals has jurisdiction over intermediate appeals arising within its district, which includes cases tried in Travis County. Tex. Gov't Code § 22.201(d); *see Kelley*, 706 S.W.3d at 831. Therefore, this appeal should have been filed in, and should now be transferred to, the Third Court of Appeals.

For the foregoing reasons, Kadia respectfully requests that this appeal be transferred to the Third Court of Appeals.

Respectfully submitted,


CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Corinna Chandler
     Corinna Chandler
     Texas Bar No. 24061272
     972-863-9063 (tel)
     972-692-5220 (fax)
     chandler@chandlershavin.com

     Eliot Shavin
     Texas Bar No. 18138200
     shavin@chandlershavin.com

     Daniel Alexander (of Counsel)
     Texas Bar No. 24110752
     alexander@chandlershavin.com

**COUNSEL FOR APPELLEE**

**Certificate of Conference**

I hereby certify that I have conferred with counsel for appellant, Stephanie Criscione Houser, who has confirmed that appellant is not opposed to the relief requested in this motion.

/s/ Corinna Chandler
Corinna Chandler

**Certificate of Service**

On June 6, 2025, a copy of the foregoing was served on counsel of record through the Court's e-filing system.

/s/ Corinna Chandler
Corinna Chandler

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Corinna Chandler on behalf of Corinna Chandler
Bar No. 24061272
chandler@chandlershavin.com
Envelope ID: 101741233
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion to Transfer
Status as of 6/6/2025 5:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Corinna Chandler | | chandler@chandlershavin.com | 6/6/2025 4:56:14 PM | NOT SENT |
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 6/6/2025 4:56:14 PM | NOT SENT |
| Stephanie Criscione | 24109768 | stephanie.criscione@oag.texas.gov | 6/6/2025 4:56:14 PM | NOT SENT |
| Andrew Harris | 24057887 | Drew.Harris@oag.texas.gov | 6/6/2025 4:56:14 PM | NOT SENT |
| Daniel Alexander | | alexander@chandlershavin.com | 6/6/2025 4:56:14 PM | NOT SENT |
| Eliot Shavin | | shavin@chandlershavin.com | 6/6/2025 4:56:14 PM | NOT SENT |